# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> vs. <br><br> **ANNIKA M. CURRIER,** <br><br> Defendant. | PO-24-5163-GF-JTJ <br><br> VIOLATION: <br> E2028539 <br><br> Location Code: M13 <br><br> **ORDER** |

Based upon the United States' motion to accept the defendant's completion of a traffic safety course and payment of the $30 processing fee for violation E2028539 (for a total of $30), and for good cause shown,

**IT IS ORDERED** that the defendant's completion of a traffic safety course and payment of the $30 processing fee is accepted as a full adjudication of violation E2028539.

//

//

//

//

//

**IT IS FURTHER ORDERED** that the sentencing scheduled for February 6, 2025, is **VACATED.**

DATED this 31st day of January, 2025.

John Johnston
United States Magistrate Judge